UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUSTIN ABRAMS,<br><br>                    Plaintiff,<br><br>     v.<br><br>SGT. DAVENPORT,<br><br>                    Defendant. | NO: 2:16-CV-0296-TOR<br><br>ORDER GRANTING MOTION TO VOLUNTARILY DISMISS AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

BEFORE THE COURT are Plaintiff Dustin Abrams' Motion to Voluntarily Dismiss (ECF No. 10) and his Motion to Stop Collection of PLRA Filing Fee (ECF No. 11). Plaintiff, a prisoner at the Airway Heights Corrections Center, is proceeding *pro se* and *in forma pauperis;* Defendant has not been served.

Accordingly, **IT IS ORDERED** Plaintiff's Motion to Voluntarily Dismiss (ECF No. 10) is **GRANTED** pursuant to Fed. R. Civ. P. 41(a) and the Complaint (ECF No. 8) is **DISMISSED WITHOUT PREJUDICE.** For good cause shown, **IT IS FURTHER ORDERED** that Plaintiff's Motion to Stop Collection of PLRA

1  Filing Fee (ECF No. 11) is **GRANTED** and the institution having custody of Mr.

2  Abrams shall cease collection of the filing fee in this action, cause number **2:16-CV-**

3  **296-TOR.**

4     **IT IS SO ORDERED**.  The Clerk of Court is directed to enter this Order,

5  enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close

6  the file.  The Clerk of Court is further directed to send a copy of this Order to the

7  Office of the **Department of Corrections, Attn: LFO/COS UNIT, P.O. Box**

8  **41107, Olympia, WA  98504-1107,** to forward to the appropriate agency having

9  custody of Plaintiff.  The Clerk of Court also **shall** provide a copy of this Order to

10  the Financial Administrator for the United States District Court, Eastern District of

11  Washington.

12     **DATED** November 18, 2016.



        THOMAS O. RICE
        Chief United States District Judge

ORDER GRANTING MOTION TO VOLUNTARILY DISMISS AND
DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 2